AO 106 (Rev. 04/10) Application for a Search Warrant

AUSA Greenberg

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | | |
|---|---|---|
| In the Matter of the Search of | ) | 13 – 935 WC |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No.   THROUGH |
| The devices listed in the attached affidavit that are in the custody of Homeland Security Investigations located at 40 S. Gay Street, Baltmore, MD | ) ) ) | 13 – 957 WC |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

The devices listed in the attached affidavit that are in the custody of Homeland Security Investigations located at 40 S. Gay Stree, Baltimore, MD.

located in the _____ District of _____ Maryland _____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21: 846 | Conspiracy with Possession with Intent to Distribute Marijuana. |

The application is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

James Stull, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: April 26, 2013   3:45 p.m.          _____
*Judge's signature*

City and state: Greenbelt, MD          William Connelly, Chief U.S. Magistrate Judge
*Printed name and title*